**SEALED**

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2020
JUNE 22, 2020 SESSION

FILED
JUN 23 2020
RORY L. PERRY II, CLERK
U.S. District Court
Southern District of West Virginia

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:20-00095
   18 U.S.C. § 922(g)(1)
   18 U.S.C. § 924(a)(2)

DERRICK LEE RACER

I N D I C T M E N T
(Possession of a Firearm by a Felon)

The Grand Jury Charges:

1. On or about March 2, 2020, at or near St. Albans, Kanawha County, West Virginia, and within the Southern District of West Virginia, defendant DERRICK LEE RACER did knowingly possess a firearm, that is, a Smith and Wesson .38 caliber revolver, in and affecting interstate commerce.

2. At the time defendant DERRICK LEE RACER possessed the aforesaid firearm, he knew had been convicted of a crime, which was punishable by imprisonment for a term exceeding one year, as defined in 18 U.S.C. § 921(a)(20); to wit, convicted on or about June 17, 2005, in the Circuit Court of Putnam County, West Virginia, of Attempt to Deliver Marijuana in violation of W. Va. Code § 61-11-8, in case number 05-F-30.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

**NOTICE OF FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1), 28 U.S.C. § 2461(c), and Rule 32.2(a) of the Federal Rules of Criminal Procedure, upon conviction of an offense in violation of 18 U.S.C. § 922(g), the defendant DERRICK LEE RACER shall forfeit to the United States of America any firearm or ammunition involved in or used in any knowing violation of 18 U.S.C. § 922(g), including, but not limited to a Smith and Wesson .38 caliber revolver, bearing serial number 7D53647, with ammunition, seized by police on or about March 2, 2020.

MICHAEL B. STUART
United States Attorney

By: _____
KRISTIN F. SCOTT
Assistant United States Attorney